**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALM DESERT NATIONAL BANK, a National Banking Association, | Case No. EDCV 06-1214-VAP (JCRx) |
| Plaintiff, | **JUDGMENT IN FAVOR OF PLAINTIFF PALM DESERT NATIONAL BANK** |
| v. | |
| MONEY MARKETING, INC., a New Jersey Corporation, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Findings of Fact and Conclusions of Law filed herewith, IT IS

ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff PALM DESERT

NATIONAL BANK in the amount of $2,185,160.76, plus costs as taxed by the Clerk of

Court, plus prejudgment interest in the amount of _____.  The Court orders that

such judgment be entered.

Dated:  March 14, 2008

_____
VIRGINIA A. PHILLIPS
United States District Judge